# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIMBERLY DUNLAP and MOLLY HENDERSON,**  **PLAINTIFFS**
**individually and on behalf of all others similarly situated**

**v.**    **CASE NO. 4:20-CV-00005 BSM**

**FLASH MARKET, LLC,** *et al.*    **DEFENDANTS**

## ORDER

Jenelle Garrett has not been served process and therefore the claims against her are dismissed without prejudice. *See* Doc. No. 19; Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 27th day of August, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE