### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KIMBERLY DUNLAP**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-00005-BSM**

**FLASH MARKET, LLC,**
**and PFMFC, INC.**                                                        **DEFENDANTS**

### <u>ORDER</u>

Kimberly Dunlap and defendant PFMFC, Inc. have filed a joint stipulation of dismissal. Doc. No. 161. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Dunlap's claims against PFMFC are dismissed with prejudice.

IT IS SO ORDERED this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE