IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY DUNLAP**                                                              **PLAINTIFF**

v.                          **CASE NO. 4:20-CV-00005-BSM**

**FLASH MARKET, LLC**                                                            **DEFENDANT**

## ORDER

On February 28, 2023, the parties filed a joint status report [Doc. No. 165] indicating that they needed more time to finalize and execute their settlement agreement. As this case has now been litigated for more than three years, and the notice of settlement [Doc. No. 160] was filed over four months ago, the parties are advised that the appropriate dismissal papers must be filed by March 13, 2023, or the case will immediately be set for trial.

IT IS SO ORDERED this 6th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE