IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY DUNLAP**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　**CASE NO. 4:20-CV-00005-BSM**

**FLASH MARKET, LLC**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE